# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | District Court for the Southern District of Ohio | 07/28/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (recalled full time) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2012 to 12/31/2012 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Room 501
200 West Second Street
Dayton, Ohio 45402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee and secretary | East End Community Services Corporation |
| 2. | Trustee and secretary-treasurer | Dayton Metro Library Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | does invidual spiritual direction on a fee-for service basis |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Conference of Catholic Bishops | 6/1/2012-11/15/2012 | Atlanta, Georgia & Baltimore, MD | Meetings about child sexual abuse by clerics | Air fare, lodging and meals - some paid to me, balance to vendors |
| 2. | Ohio State Bar Association | 5/4/2012 | Cincinnati, Ohio | Seminar - CLE provider | Mileage, loding, meals |
| 3. | Santa Clara University | 5/15/2012 | Santa Clara, California | Book presentation on child sexual abuse by clerics | Air fare, loding, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Perspective Fund shares | | None | | | Sold (part) | 03/27/12 | K | D | |
| 2. | | | | | Sold | 04/27/12 | L | D | |
| 3. Growth Fund of America shares | | None | | | Sold (part) | 03/27/12 | K | D | |
| 4. | | | | | Sold | 04/27/12 | L | D | |
| 5. Washington Mutual Investors Fund shares | | None | | | Sold (part) | 03/12/12 | K | B | |
| 6. | | | | | Sold | 04/27/12 | L | C | |
| 7. Fidelity Advisors Tech Fund shares | | None | | | Sold | 04/27/12 | K | | |
| 8. Fidelity Adv. Tech Fund Class T | | None | | | Sold | 04/27/12 | K | | |
| 9. Bank of America CD | | None | | | Redeemed | 04/30/12 | K | | |
| 10. Stifel Nicolaus Money Fund | | None | K | T | Sold (part) | 04/27/12 | J | A | |
| 11. Ally Bank CD | A | Interest | | | Redeemed | 10/22/12 | K | | |
| 12. Fifth Third Bank | A | Interest | J | T | | | | | |
| 13. St. Helen Federal Credit Union | A | Interest | | | Closed | 07/15/12 | J | | |
| 14. John Hancock Life Insurance cash value policy | A | Int./Div. | J | U | | | | | |
| 15. MetLife life insurance cash value policy | A | Int./Div. | K | U | | | | | |
| 16. IRA #1 (Stifel, Nicolaus) | D | Int./Div. | O | T | | | | | Rollover from TSP |
| 17. - AT&T common shares | B | Dividend | K | T | Sold (part) | 10/12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 19. - Abbott Laboratories common shares | A | Dividend | J | T | Buy (add'l) | 10/12/12 | J | | |
| 20. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 21. | | | | | Sold (part) | 11/14/12 | J | A | |
| 22. - Alcoa common shares | A | Dividend | J | T | | | | | |
| 23. - Amgen common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 24. - Apple common | A | Dividend | J | T | | | | | |
| 25. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 26. | | | | | | | | | |
| 27. - Applied Materials common | | | | | Sold | 10/01/12 | J | A | |
| 28. - Avery Denison common | | | | | Sold | 07/24/12 | J | A | |
| 29. - Bank of NY Mellon common | | | | | Buy (add'l) | 03/13/12 | J | | |
| 30. | | | | | Sold | 11/07/12 | J | A | |
| 31. - Broadcom Class A common | | | | | Sold (part) | 03/20/12 | J | A | |
| 32. | | | | | Sold | 08/23/12 | J | A | |
| 33. - Campbell Soup common | | | | | Sold | 11/07/12 | J | A | |
| 34. - Century Link common | | | | | Sold (part) | 09/20/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Cisco Systems common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 36.   - Computer Sciences Corp. common | | | | | Sold | 09/12/12 | J | B | |
| 37. | | | | | Sold (part) | 02/17/12 | J | A | |
| 38. | | | | | Sold (part) | 08/21/12 | J | A | |
| 39.   - Direct TV Class A common | A | Dividend | J | T | Buy (add'l) | 12/14/12 | J | | |
| 40. | | | | | Sold (part) | 11/14/12 | J | A | |
| 41. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 42.   -Donnelly RR & Sons Co. common | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 43.   -Du Pont E.I. De Nemours & Co. common | A | Dividend | J | T | Buy | 10/23/12 | J | | |
| 44.   - Dow Chemical Common | | | | | Sold | 02/09/12 | J | C | |
| 45.   - Exelon Corp. common | B | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 46. | | | | | Sold (part) | 05/01/12 | J | A | |
| 47. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 48. | | | | | Buy (add'l) | 01/30/12 | K | | |
| 49.   -Express Scripts Holding Co. common | | Dividend | | | Buy | 12/26/12 | J | | |
| 50.   - Exxon Mobil common | A | Dividend | | | Sold (part) | 10/10/12 | J | B | |
| 51. | | | | | Sold (part) | 11/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Federated Ins PA Class B common | | | | | Sold (part) | 03/13/12 | J | A | |
| 53. | | | | | Sold | 09/20/12 | J | C | |
| 54. - Frontier Communications common | | | | | Sold | 09/20/12 | J | | |
| 55. - Gilead Sciences common | | | | | Sold | 02/17/12 | J | A | |
| 56. - Goodyear Tire & Rubber common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | | |
| 57. - Health Care REIT Inc common | B | Dividend | K | T | Buy | 08/23/12 | J | | |
| 58. - Hospira common | | | | | Sold | 03/20/12 | J | B | |
| 59. - JP Morgan Chase common | | | | | Sold | 10/23/12 | J | C | |
| 60. - Johnson & Johnson common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 61. - Kellogg common | A | Dividend | J | T | | | | | |
| 62. - Leggett & Platt common | | | | | Sold | 10/19/12 | J | A | |
| 63. - MEMC Electronic Materials common | | | | | Sold | 03/05/12 | J | | |
| 64. - Microsoft common | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 65. | | | | | Sold (part) | 08/21/12 | J | C | |
| 66. - Newmont Mining Corp Holding Co. common | A | Dividend | J | T | Buy | 03/28/12 | J | | |
| 67. - PPL Corp. common | A | Dividend | J | T | Sold (part) | 10/10/12 | J | A | |
| 68. - People United Financial common | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pitney Bowed common | | | | | Sold | 08/23/12 | J | | |
| 70. - Potash Corp. of Saskatchewan common | | | | | Sold | 02/17/12 | J | | |
| 71. - Quest Diagnostics common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 72. - Royal Dutch Shell PLC sponsored ADR Repstg A common | A | Dividend | J | T | | | | | |
| 73. - Schlumberger common | | | | | Sold | 08/24/12 | J | B | |
| 74. - Staples common | A | Dividend | J | T | Sold (part) | 11/14/12 | J | | |
| 75. -Stewart Enterprises Inc. Class A common | A | Dividend | J | T | Buy | 04/27/12 | J | | |
| 76. - Supervalu common | | | | | Sold | 07/18/12 | J | | |
| 77. | | | | | Buy | 03/28/12 | J | | |
| 78. - Washington REIT SB1 | A | Dividend | J | T | | | | | |
| 79. -Watson Pharm Inc. common | | | J | T | Buy | 12/19/12 | J | | |
| 80. - Xerox common | A | Dividend | J | T | | | | | |
| 81. - Logitech Intl SA Namen AKT | | | | | Sold | 05/10/12 | J | | |
| 82. - Ishares Trust S&P US PFD Stock Index Fund | B | Dividend | K | T | Sold (part) | 11/14/12 | J | A | |
| 83. - Market Vectors ETF TR - Rare Earth Strategic Metals ETF | | | | | Sold | 08/24/12 | J | | |
| 84. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 85. - Bancorpsouth Capital Trust I Trups Pfd 8.15% | | | | | Redeemed | 07/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -J P Morgan Chase Cap XI preferred | B | Dividend | K | T | Sold (part) | 11/14/12 | J | A | |
| 87. | | | | | Sold (part) | 08/21/12 | K | A | |
| 88. - Wachovia Capital Trust IX GTD Trust Pfd Secs 6.375% | | | | | Redeemed | 06/15/12 | J | | |
| 89. - Invesco Van Kampen Trut Investment Grade Municipals | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 90. -Invesco Senior Income Trust | B | Dividend | K | T | | | | | |
| 91. - Nuveen Dividend Advantage Municipal Fund | A | Dividend | J | T | Sold (part) | 08/21/12 | J | A | |
| 92. - Nuveen Dividend Advantage Municipal Fund II | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 93. - Nuveen Municipal Value Fund | B | Dividend | K | T | Sold (part) | 11/14/12 | J | A | |
| 94. -PVR Partners Unit Reptg Ptnshi Int LTD | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 95. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 96. - Raytheon Co new common | A | Dividend | J | T | | | | | |
| 97. -Stifel Nicolaus Money Market Fund | A | Int./Div. | L | T | | | | | |
| 98. AT&T, Inc.common | A | Dividend | K | T | Buy | 04/27/12 | J | | |
| 99. | | | | | Sold (part) | 10/10/12 | J | A | |
| 100. Applied Materials, Inc. | | None | | | Buy | 04/27/12 | J | | |
| 101. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 102. | | | | | Sold | 10/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abbott Laboratories common | A | Dividend | J | T | | | | | |
| 104. Alcoa, Inc. common | A | Dividend | J | T | | | | | |
| 105. Amgen, Inc. common | A | Dividend | J | T | | | | | |
| 106. Apple, Inc. commoon | A | Dividend | J | T | | | | | |
| 107. Avery Denison | | None | | | Buy | 04/27/12 | J | | |
| 108. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 109. | | | | | Sold | 07/24/12 | J | | |
| 110. Bank New York Mellon Corp. | | None | | | Buy | 04/27/12 | J | | |
| 111. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 112. | | | | | Sold | 11/07/12 | J | A | |
| 113. Broadcom Corp. Class A | | None | | | Buy | 04/27/12 | J | | |
| 114. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 115. | | | | | Sold | 08/23/12 | J | A | |
| 116. Campbell Soup Company | | None | | | Buy | 04/27/12 | J | | |
| 117. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 118. | | | | | Sold | 11/07/12 | J | A | |
| 119. Cisco Systems, Inc. common | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Centurylink, Inc. | | None | | | Buy | 04/27/12 | J | | |
| 121. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 122. | | | | | Sold | 09/20/12 | J | A | |
| 123. Computer Science Corp. | | None | | | Buy | 04/27/12 | J | | |
| 124. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 125. | | | | | Sold | 09/12/12 | J | B | |
| 126. Direct TV common | A | Dividend | J | T | | | | | |
| 127. Exelon Corp. common | B | Dividend | K | T | | | | | |
| 128. Express Scripts Holding Co. common | A | Dividend | J | T | Buy | 12/26/12 | J | | |
| 129. Exxon Mobil Corp. common | A | Dividend | | | Buy | 04/27/12 | J | | |
| 130. | | | | | Sold | 10/10/12 | J | A | |
| 131. Federated Inv Inc PA Cl B Non-vtg | | None | | | Buy | 04/27/12 | J | | |
| 132. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 133. | | | | | Sold | 09/20/12 | J | A | |
| 134. Frontier Communications Corp. common | | None | | | Buy | 04/27/12 | J | | |
| 135. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 136. | | | | | Sold | 09/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Goodyear Tire & Rubber Co. common | B | Dividend | J | T | | | | | |
| 138. JP Morgan Chase | | None | | | Buy | 04/27/12 | J | | |
| 139. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 140. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 141. | | | | | Sold | 10/23/12 | J | A | |
| 142. Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 143. Kellogg Company common | A | Dividend | J | T | | | | | |
| 144. Leggett & Platt Inc | | None | | | Buy | 04/27/12 | J | | |
| 145. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 146. | | | | | Sold | 10/19/12 | J | A | |
| 147. Microsoft Corp. common | A | Dividend | J | T | | | | | |
| 148. PPL Corp. cvommon | A | Dividend | J | T | Buy | 04/27/12 | J | | |
| 149. | | | | | Sold (part) | 10/10/12 | J | A | |
| 150. People United Financial Inc. common | A | Dividend | K | T | Buy (add'l) | 03/13/12 | J | | |
| 151. Pitney Bowes, Inc. | | None | | | Buy | 04/27/12 | J | | |
| 152. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 153. | | | | | Sold | 08/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Quest Diagnostics common | A | Dividend | J | T | | | | | |
| 155. Royal Dutsch Shell PLC Sponsored ADRn repstg A shares | A | Dividend | J | T | | | | | |
| 156. Schlumberger Ltd. | | None | | | Buy | 04/27/12 | J | | |
| 157. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 158. | | | | | Sold | 08/24/12 | J | A | |
| 159. Staples, Inc. common | A | Dividend | J | T | | | | | |
| 160. Stewart Enterprises Inc. Class A | A | Dividend | J | T | Buy | 04/27/12 | J | | |
| 161. | | | | | Sold (part) | 12/20/12 | J | A | |
| 162. Supervalu Inc. | | None | | | Buy | 04/27/12 | J | | |
| 163. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 164. | | | | | Sold | 07/18/12 | J | | |
| 165. Washington Real Estate Inestment Trust SBI | A | Dividend | J | T | | | | | |
| 166. Wellpoint, Inc. | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 167. Xerox Corp. common | A | Dividend | J | T | | | | | |
| 168. Logitech International SA Namend Akt | | None | | | Buy | 04/27/12 | J | | |
| 169. | | | | | Sold | 05/01/12 | J | | |
| 170. Market Vectors ETF Tr Rare Earth Strategic | | None | | | Buy | 04/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 172. | | | | | Sold | 08/24/12 | J | | |
| 173. Flextronics Intl LTD | | None | J | T | | | | | |
| 174. Ishares S&P U.S. Preferred Stock Index ETF | A | Dividend | K | T | | | | | |
| 175. Bancorpsouth Capital Trust I Trups Pfd | A | Dividend | J | T | | | | | |
| 176. JP Morgan Chase Cap XI Cum Pfd | A | Dividend | K | T | | | | | |
| 177. Invesco Senior Income TR | B | Dividend | K | T | | | | | |
| 178. Invesco Trust Invt Grade Muns | A | Dividend | J | T | | | | | |
| 179. Nuveen Dividend Advantage Municipa Fund | A | Dividend | J | T | | | | | |
| 180. Nuveen Dividend Advantage Municipal Fund II | A | Dividend | J | T | | | | | |
| 181. Nuveen Municipal Value Fund | B | Dividend | K | T | | | | | |
| 182. PVR Partners Unit Reptg Partnership Int Ltd POtnshp | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 183. BB&T Capital Trust VII Enhanced Trust Pfd Secs | | None | | | Buy | 04/27/12 | J | | |
| 184. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 185. | | | | | Redeemed | 07/18/12 | J | | |
| 186. Wachovia Capital Trust IX GTD Trust PFD Secs | | None | | | Buy | 05/21/12 | J | | |
| 187. | | | | | Redeemed | 06/15/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Bank of America NA Charlotte NC CD | A | Int./Div. | | | Redeemed | 04/30/12 | K | | |
| 189.  Goldman Sachs Bank USA CD | A | Int./Div. | | | Buy | 03/12/12 | K | | |
| 190. | | | | | Sold | 05/22/12 | K | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Letter of 7/25/2013, ¶ 3: "In Part VII, page 9, lines 90-91, in your prior report to listed 'Flextronics Intl,' but you did not list this asset in yuour current report." Please note that in fact Flextronics was listed at line 173 of the 2013 Report as initially filed. Please note also that in ¶ 2 you rfer to line 173 as listing an asset not previously disclosed, but the asset in question is Flextronics.

Letter of 7/25/2013, ¶ 2: With respect to each of the following lines in the 5/5/2013 report which you state in ¶ 2 lists an asset not previously reported, you will find the listing in the 2011 report at the line shown:

lines 81-82: J.P. Morgan - listed at line 57 in the 2011 report
line 85 Invesco - see line 98 in 2011 report
line 98 Abbott Laboratries - see line 17 in 2011 report
line 99 Alcoa - see lines 18 & 19 in 2011 report
line 100 Amgen - see line 20 in 2011 report
line 101 Apple - see lines 21, 22, & 23 in 2011 report
line 114 Cisco - see line 37 in 2001 report
line 121 Direct TV - see line 41 in 2001 report
line 124 Exelon - see line 45 in 2011 report
line 134 Goodyear Tire & Rubber - see line 53 in 2011 report
line 140 Johnson & Johnson -see line 59 in 2011 report
line 141 Kellogg - see line 60 in 2011 report
line 145 Microsoft - see line 71 in 2011 report
line 149 People United - see line 73 in 2011 report
line 153 Quest Diagnostics - see line 76 in 2011 report
line 154 Royal Dutsch Shell - see line 79 in 2011 report
line 164 Washington Real Estate Investment Trust - see line 85 in 2011 report
line 167 Xerox, Inc. - see line 86 in 2011 report
line 174 Ishares S&P - see line 92 in 2011 report
line 175 Banc Corp South - see line 93 in 2011 report
line 176 J. P. Morgan Chase - see line 57 in 2011 report
line 177 Invesco - see line 98 in 2011 report
line 178 Invesco - see also line 98
line 179 Nuveen Dividend Advantage Fund - see line 99 of 2011 report
line 180 Nuveen Dividend Advantage Fund II -- see line 100 of 2011 report
\line 181 Nuveeb Municipal Value Fund - see line 101 of 2011 report
line 188 Bank of America CD - see line 7 of 2011 report

At line 165 Watson Pharmaceuticals is listed and you not that it was not listed in 2011. The listing at line 165 is a duplicate of the listing earlier in the report which shows the acquisition data for 12/19/2012.

As to all other assets which your letter indicates were not list in the 2011 report, Part VII has been amended to show the acquisition date for 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544